**Roderick A. CARTER, Plaintiff–Appellant,**

v.

**CPC LOGISTICS, INC.; CPC Medical Products, LLC; Hospira Fleet Services, LLC, Defendants–Appellees.**

**No. 15–2291.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2016.

Decided: March 31, 2016.

Roderick A. Carter, Appellant Pro Se. Christopher John Near, Ogletree Deakins Nash Smoak & Stewart, PC, Columbia, South Carolina; Danny Michael Henthorne, Littler Mendelson PC, Columbia, South Carolina, for Appellees.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick A. Carter appeals the district court's order granting summary judgment to the defendants on Carter's retaliation claim filed pursuant to Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Carter v. CPC Logistics*, Inc., No. 3:12–cv–03637–MBS, 2015 WL 5834136 (D.S.C. Sept. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*